1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DAVID REYES,                                No.  2:14-cv-2711 CKD P

12                  Plaintiff,

13          v.                                    ORDER

14   A. YOUNG, et al.,

15                  Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18   U.S.C. § 1983.  Plaintiff has filed a request for leave to proceed in forma pauperis pursuant to 28

19   U.S.C. § 1915.  Plaintiff has not, however, filed a certified copy of his prison trust account

20   statement for the six month period immediately preceding the filing of the complaint or obtained

21   the certification required on the application form.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be

22   provided the opportunity to submit the completed application and the certified copy in support of

23   his application to proceed in forma pauperis.

24          Plaintiff has requested the appointment of counsel.  The United States Supreme Court has

25   ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983

26   cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In certain exceptional

27   circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. §

28   1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900

                                                1

1    F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find the required

2    exceptional circumstances.  Plaintiff's request for the appointment of counsel will therefore be

3    denied.

4           In accordance with the above, IT IS HEREBY ORDERED that:

5           1.  Plaintiff shall submit, within thirty days from the date of this order, a certified copy of

6    his prison trust account statement for the six month period immediately preceding the filing of the

7    complaint and the certification required on the application form.  Plaintiff's failure to comply

8    with this order will result in a recommendation that this action be dismissed without prejudice.

9           2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

10   Forma Pauperis By a Prisoner; and

11          3.  Plaintiff's motion for appointment of counsel is denied.

12

13   Dated:  December 2, 2014

14                                                    _____

15                                                    CAROLYN K. DELANEY
                                                      UNITED STATES MAGISTRATE JUDGE
16

17

18

19   2 / reye2711.3e

20

21

22

23

24

25

26

27

28

2