UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID REYES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. YOUNG, et al.,<br><br>　　　　　Defendants. | No. 2:14-cv-2711 KJM CKD P<br><br><br>ORDER |

On May 12, 2015, the undersigned recommended that this action be dismissed without prejudice due to plaintiff's failure to timely file an amended complaint. (ECF No. 13.) On June 4, 2015, plaintiff filed a motion seeking an extension of time to file objections to the recommendation of dismissal or, in the alternative, to file an amended complaint. (ECF No. 16.)

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for extension of time (ECF No. 16) is granted as follows:

2. The May 12, 2015 findings and recommendations (ECF No. 13) are hereby vacated; and

////

////

////

////

3. Plaintiff is granted forty-five days from the date of this order in which to file an amended complaint.

Dated: June 12, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / reye2711.36(2)