UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID REYES,<br><br>        Plaintiff,<br><br>   v.<br><br>A. YOUNG, et al.,<br><br>        Defendants. | No. 2:14-cv-2711 KJM CKD P<br><br><br>FINDINGS & RECOMMENDATIONS |

      Plaintiff's complaint was dismissed on January 23, 2015. (ECF No. 8.) He was granted a sixty-day extension of time to file an amended complaint. (ECF No. 12.) By order filed June 12, 2015, plaintiff was granted an additional forty-five days to file an amended complaint. (ECF No. 17.) This period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

      Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified

1 time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153

2 (9th Cir. 1991).

3 Dated:  August 3, 2015

[signature: Carolyn K. Delaney]

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / reye2711.fta