UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID REYES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. YOUNG, et al.,<br><br>　　　　　Defendants. | No.  2:14-cv-2711 KJM CKD P<br><br><br>ORDER |

On August 4, 2015, the court issued findings and a recommendation that this action be dismissed for failure to timely file an amended complaint.  On August 7, 2015, plaintiff filed a motion for an extension of time until late September to file an amended complaint.  Good cause appearing, IT IS HEREBY ORDERED that:

　　　1.  The findings and recommendations (ECF No. 18) are hereby vacated;

　　　2.  Plaintiff's motion for an extension of time (ECF No. 19) is granted; and

　　　3.  Plaintiff shall file an amended complaint on or before September 28, 2015.  No further extensions of time will be granted.

Dated:  August 11, 2015

　　　　　　　　　　　　　　　　　　　_/s/ Carolyn K. Delaney_____
　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2/mp
reye2711.36(3)