UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID REYES, | No. 2:14-cv-2711 KJM CKD P |
| Plaintiff, | |
| v. | ORDER |
| A. YOUNG, et al., | |
| Defendants. | |

By order filed November 23, 2015, the First Amended Complaint was dismissed, and plaintiff was granted thirty days to file a Second Amended Complaint. That period has passed, and plaintiff has not filed an amended complaint or otherwise responded to the court's order. For this reason, and in light of the history of this action (see ECF No. 23), the undersigned will recommend dismissal of this action.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified

1

time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  January 5, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/reye2711.fta(3)